RECEIVED
DEC 16 2020
CLERK, U.S. DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA

# United States Court for the District of Montana

## Missoula, Montana

| | |
|---|---|
| Ralph Vernon: Strodtbeck | |
| Complainant, | Case Number CV 20-185-M-DWM |
| Vs. | |
| Trooper Conner Wager | |
| Trooper Daniel Amundson | |
| Broadwater County Attorney Cory Swanson | **Original Bill in Equity** |
| Broadwater Justice Kirk Flynn | |
| STATE OF MONTANA | |
| This State | |
| Defendants. | |

### 1. Statement of Facts

Complainant, traveling upon the roadway in the geographical land known as Montana in his private capacity, On March 16, 2020 A.D. was pulled over by Montana Highway Trooper Wager. On advice of Montana Trooper Danial Amundson Montana Trooper Conner Wager issued 3 STATE OF MONTANA statues citations to complainant herein. Wager was informed at that time the name on the issued citations RALPH VERNON STRODTBECK is an UNINCORPORATED PRIVATE BUSINESS ESTATE TRUST, the defendants herein are trespassing upon.

Later Broadwater County Attorney Cory Swanson and Justice of the Peace Kirk Flynn join in the action by an on-going prosecution against said RALPH VERNON STRODTBECK an UNINCORPORATED PRIVATE BUSINESS ESTATE TRUST. Defendants were given verbal and written notice of said above mention Trust. Defendants where noticed to dismiss case number TK-2020-272 in Broadwater County against RALPH VERNON STRODTBECK for lack of jurisdiction, that statues could not be used against said trust herein, derived from common law under Article 1 section 10 of the Constitution of the United States of America and was denied. Therefore, defendants are knowingly and willfully trespassing upon "RALPH VERNON STRODTBECK" an UNINCORORATED PRIVATE ESTATE TRUST. (see attachment A for Complainant and defendants addresses).

The Federal courts have original jurisdiction at Law and Equity granted them by Article III, Section II, Sub section I of the United States Constitution of America in this matter of trespassing upon an Unincorporated Private Business Estate Trust for unlawful profit and gain, created and protected under

Article 1, section 10 of the Constitution of the United States of America, Private Venue, Original, Unincorporated and Exclusive Equitable Jurisdiction.

### Prayer for Process

Complainant, therefore prays that subpoenas to answer issue against said defendants requiring them and each of them, to answer this bill.

### Prayer for Special Relief

Complainant prays an injunction for defendants to cease and desist from any further legal action and dismiss their on-going cases immediately against UNINCORPORATED PRIVATE BUSINESS ESTATE RALPH VERNON STRODTBECK and its Beneficiary Ralph Vernon: Strodtbeck a living human being.

### Prayer for General Relief

Complainant, finally prays for a sum of Five Thousand U.S dollars for time and expenses involved in Case in Broadwater County. Secondly, A fine of Ten Million U.S. Dollars per defendant, per each count as defined in Complainants fine/fee schedules attached to his Declaration of States filed with Converse County Recorder's office in Douglas, Wyoming or what this court may deem appropriate. Thirdly, Complainant be granted a decree that Ralph Vernon: Strodtbeck Is Beneficiary of UNCORPORATED PRIVATE ESTATE TRUST RALPH VERNON STRODTBECK that is not subject to Statutory law against the whole world. Finally, any such other relief as the nature of this case may require.

Further sayest not Complainant.

Dates this 16th day of December 2020 A.D.

By: _____

Ralph Vernon Strodtbeck, Complainant

### Acknowledgement

**United States of America at large** )

**Montana at large** )

**Flathead county at large** )

**Before me** on this day of __\\l__ December 2020 A.D. Ralph Vernon Strodtbeck known to me as a natural man described herein makes oath under the laws of God the Supreme Sovereign, Maxims of Law and Equity that every statemen is true to the best of his understanding and knowledge.

Subscribed and affirmed before me on this __\\l__ day of December 2020 A.D.

_____

Notary Stamp

Notary Public

VIRGINIA HAUSER
NOTARY PUBLIC for the
State of Montana
Residing at Kalispell, Montana
My Commission Expires
October 15, 2022

2 of 3

## Attachment A

**Complainant's Address**

Ralph Strodtbeck

Post Office Box 260396

Martin City, Montana.

**Defendants Addresses**

Trooper Conner Wager

Work Address/2550 Prospect Ave.

Helena, Montana.

Trooper Danial Amundson

Work address/2550 Prospect Ave.

Helena, Montana.

Broadwater County Attorney Cory Swanson

Broadwater Court House

515 Broadway Street

Townsend, Montana.

Justice of the Peace Kirk Flynn

Broadwater Court House

515 Broadway Street

Townsend, Montana.

STATE OF MONTANA

1301 E 6th Ave

Helena, Montana

This State  Address unknown. Complainant request Court to find their Address